# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00802-CV

**Ryshea Holmes, Appellant**

**v.**

**CF Cricket Hollow Associates d/b/a Cricket Hollow, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-18-010356, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on April 22, 2019. On June 14, 2019, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by June 24, 2019, would result in the dismissal of this appeal for want of prosecution. On July 1, the notice was returned to this Court as undeliverable, and we have been unable to locate a forwarding address for appellant.

To date, appellant has not filed her brief, provided this Court with a means to reach her, or otherwise communicated with this Court in the more than nine months since filing her notice of appeal. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Chari L. Kelly Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Prosecution

Filed:   September 20, 2019